**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **SCHIFFFAHRTSGESELLSCHAFT MS "N SCHELDE" MBH & CO. KG** | **CIVIL ACTION** |
| | **NO. 16-10726** |
| Plaintiff | |
| | **SECTION** |
| **VERSUS** | |
| | **JUDGE** |
| **POLA MARITIME LIMITED and POLA 5 SHIPPING LIMITED,** *in personam* | **MAGISTRATE** |
| Defendant | |

## MOTION FOR WRIT OF ATTACHMENT AND GARNISHMENT PURSUANT TO ADMIRALTY RULE B

NOW   INTO   COURT**,**   through   undersigned   counsel,   comes   plaintiff, Schifffahrtsgesellschaft MS "N SCHELDE" mbH & Co. KG, to file this motion requesting the Court to issue an order directing the Clerk of the United States District Court for the Eastern District of Louisiana to issue an Order of Maritime Attachment pursuant to Supplemental Rule B, directing the United States Marshal to effect a seizure of the M/V POLA ONEGA, and also to garnish any and all funds held by her local agent Tricon Steamship Agency, Inc. (Address: 909 W. Esplanade Ave., Kenner, LA  70065; triconno@aol.com) or to any other local agent, bank or other business entity in this district, provided by or deposited there by defendants Pola Maritime Limited, Pola 5 Shipping Limited or their manager/agent Inok N.V. seeking to recover the amounts owed by the defendant as a result of matters set out in the plaintiff's Original Verified Complaint.

PD.19590357.1

I.

The M/V POLA ONEGA is currently anchored at General Anchorage (Mile 90.5) and is expected to shift to Chalmette Slip (Mile 90.4) both of which are within this district and division and within the jurisdiction of this Honorable Court.  In order to achieve a maritime attachment pursuant to Rule B of the Supplemental Rules for Certain Admiralty and Maritime Claims, it is necessary to effect a seizure of the vessel.  Accordingly, plaintiff requests this Court issue an Order directing the clerk to issue an Order of Maritime Attachment, directing the United States Marshal to effect a seizure of the M/V POLA ONEGA, and also to garnish any/all funds held by her local husbanding agent Tricon Steamship Agency, Inc. or to any other local agent, bank or other business entity in this district that were provided to same by defendants Pola Maritime Limited, Pola 5 Shipping Limited, or their manager/agent Inok N.V.

II.

Plaintiff additionally requests that while under seizure, the M/V POLA ONEGA be allowed to load and discharge cargo, conduct repairs/maintenance, shift to other docks or anchorage on the Mississippi River that are within the Eastern District of Louisiana, and that the master and crew be permitted to carry out their usual duties, so long as the vessel does not leave the jurisdiction of this Honorable Court.

**WHEREFORE PREMISES CONSIDERED,** plaintiff respectfully prays that the Court issue an Order directing the United States District Clerk for the Eastern District of Louisiana to issue a Writ of Maritime Attachment and Garnishment directing the United States Marshal to effect the seizure of the M/V POLA ONEGA, and also to garnish funds held by her local agent Tricon Steamship Agency, Inc., or to any other local agent, bank or other business entity in this

PD.19590357.1

district that were deposited/sent to same by Pola Maritime Limited, Pola 5 Shipping Limited, or

their manager/agent Inok N.V., and for such other and further relief as may be just and proper.

New Orleans, Louisiana, this 17th day of June, 2016.

Respectfully submitted,

**PHELPS DUNBAR LLP**


BY:   *s/ Adam N. Davis*
Michael M. Butterworth ( #21265)
Kevin J. LaVie (#14125)
Adam N. Davis (#35740)
Canal Place • Suite 2000
365 Canal Street
New Orleans, Louisiana 70130-6534
Telephone: (504) 566-1311
Telecopier: (504) 568-9130
butterwm@phelps.com
laviek@phelps.com
davisa@phelps.com

**ATTORNEYS FOR PLAINTIFF,
SCHIFFFAHRTSGESELLSCHAFT MS "N
SCHELDE" MBH & CO. KG**